UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ANNETTA MARTIN,<br><br>        Defendant. | Case No.: CR09-0183-RSM<br><br>ORDER REVOKING BOND<br>AND DETENTION ORDER |

Offenses Charged:

    Conspiracy to Distribute Methamphetamine

Bond Revocation:

    On June 10, 2009, defendant appeared at her detention hearing held before the undersigned Magistrate Judge after which defendant was released on an appearance bond that included restrictions that she not commit any violations of law.

    On June 18, 2009, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of her bond as follows:

    1.    Annetta Martin has violated the bond condition that she not use a controlled substance, unless the substance is prescribed by a physician, by using methamphetamine on June 10, 2009.

    2.    Annetta Martin has violated the bond condition that she not use a controlled

substance, unless the substance is prescribed by a physician, by using methamphetamine on June 16, 2009.

On June 19, 2009, the defendant made her initial appearance at a bond revocation hearing before the undersigned Magistrate Judge. She was advised of her rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision. Defendant denied the violations and an evidentiary hearing on revocation of supervised release was set for June 24, 2009.

On June 24, 2009, defendant appeared at a bond revocation hearing before the undersigned Magistrate Judge. She was advised of the allegations and admitted the violations.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On June 10, 2009, defendant was released on bond with pretrial supervision and special conditions.

(2) The defendant has failed to abide by the terms of her bond.

(3) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings as required, and that will address the risk of the defendant's danger to the community.

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked;

(2) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation

with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of June, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge